

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2016

No. 04-16-00333-CV

**IN RE** Cleo **BUSTAMANTE**, Jr.

Original Mandamus Proceeding[1]

### ORDER

On May 26, 2016, Relator Cleo Bustamante, Jr. filed a petition for writ of mandamus and emergency motion for stay. This court issued a stay and requested a response. Real Parties in Interest filed a response, and Relator filed a reply. The court has considered the petition for writ of mandamus, the response, and the reply and holds Relator is entitled to mandamus relief as to the trial court's denial of Relator's motion for leave to designate responsible third parties. Because our disposition changes the procedural status of the underlying cause and the time available for the trial court to rule on Relator's motion for summary judgment, we do not address the Relator's issue regarding the trial court's failure to rule on the motion for summary judgment.

Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. *See* TEX. R. APP. P. 52.8(c). The stay granted by this court on May 27, 2016 is hereby LIFTED.

The Honorable Amado Abascal, III is ORDERED to grant Relator's motion for leave to designate responsible third parties. The writ will issue only if we are notified that Judge Abascal has not done so within ten days of the date of this order.

It is so **ORDERED** on November 23, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 12-05-27517, styled *Roberto Fernandez and Maria Imelda Flores v. Abaco Consultants, Inc., et al*, pending in the 365th Judicial District Court, Maverick County, Texas, the Honorable Amado J. Abascal, III presiding.